# ALABAMA COURT OF CRIMINAL APPEALS



August 8, 2025

**CR-2024-0756**

Markel Jason McDaniel v. State of Alabama (Appeal from Montgomery Circuit Court: CC-05-153.61 and CC-05-156.61)

## NOTICE

You are hereby notified that on August 8, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk